[No. 18926-7-II.     Division Two.     September 27, 1996.]

*In the Matter of the Marriage of* AUDREY LAVERNE SWARTZ, *Respondent,* and JOHN GERALD SWARTZ, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 19985, Joel M. Penoyar, J., entered November 23, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Turner and Armstrong, JJ.

[No. 19125-3-II.     Division Two.     September 27, 1996.]

THE STATE OF WASHINGTON, *Respondent,* v. BRYAN DANIEL SILVA, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-1-00577-1, Randolph Furman, J., entered January, 24, 1995. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Morgan, JJ.

[No. 19269-1-II.     Division Two.     September 27, 1996.]

THE STATE OF WASHINGTON, *Respondent,* v. RAY LEFANOGA LAVEA, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 380-038-010, Paul Boyle, Commissioner, entered March 6, 1995. *Affirmed* by unpublished opinion per Turner, J., concurred in by Houghton, A.C.J., and Morgan, J.

[No. 19921-1-II.     Division Two.     September 27, 1996.]

*In the Matter of the Guardianship of* DOROTHY C. STRUVE.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-4-00462-2, Frederick W. Fleming, J., entered December 2, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Turner and Armstrong, JJ.